MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-315-JLR |
| Plaintiff, ) | |
| ) | (~~PROPOSED~~) ORDER TO EXTEND |
| vs. ) | TIME TO FILE INDICTMENT |
| ) | |
| EDDIE MARTINEZ-SANTANA, ) | |
| Defendant. ) | |

The Court, having reviewed the stipulation of the parties, and the defendant's agreement to extend the time for an indictment, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1.  A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.  The parties believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial. Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

(~~PROPOSED~~) ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Eddie Martinez-Santana;* #05-315JLR)        1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

IT IS THEREFORE HEREBY ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from September 22, 2005, to October 28, 2005.

IT IS FURTHER ORDERED that the period of delay from September 22, 2005, to October 28, 2005, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§ 3161 *et seq.*

DONE this  20th  day of  September , 2005.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/  Jennifer E. Wellman
WSBA #  29193
Assistant Federal Public Defender
Attorney for Eddie Martinez-Santana
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 553-1100
Fax:    (206) 553-0120
jennifer_wellman@fd.org

s/  Donald Reno
Assistant United States Attorney
*E-Mail Approval*

(PROPOSED) ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Eddie Martinez-Santana;* #05-315JLR)

2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**